## PETROLEUM WORLD v. THOMAS PETROLEUM

No. 234P89

Case below: 93 N.C.App. 513

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 October 1989.

## PRIME CONSTRUCTORS v. TOWN OF PARMELE

No. 278P89

Case below: 94 N.C.App. 224

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 October 1989.

## STANCIL v. STANCIL

No. 299PA89

Case below: 94 N.C.App. 319

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 5 October 1989.

## STATE v. COOKE

No. 336P89

Case below: 94 N.C.App. 386

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 October 1989.

## STATE v. CUNNINGHAM

No. 329P89

Case below: 94 N.C.App. 601

Petition by defendant (McCullough) for discretionary review pursuant to G.S. 7A-31 denied 5 October 1989.